Opinion filed January 16, 2014



In The

# Eleventh Court of Appeals

_____

## Nos. 11-14-00013-CR, 11-14-00014-CR, & 11-14-00015-CR

_____

### THE STATE OF TEXAS, Appellant

### V.

### CORI JETTON RILEY, Appellee

On Appeal from the 106th District Court

Gaines County, Texas

Trial Court Cause Nos. 13-4347, 13-4370, & 13-4373

### M E M O R A N D U M   O P I N I O N

The State of Texas filed a notice of appeal in the underlying causes. The State has now filed in each case a motion for dismissal in which the State requests that it be allowed to withdraw its notice of appeal. In the motions, the State verified that "all outstanding issues in the above-numbered causes have been

resolved to the satisfaction of all parties, and no further assistance is required" from this court. The motions are signed by the district attorney. *See* TEX. R. APP. P. 42.2; *see also* TEX. CODE CRIM. PROC. ANN. art. 44.01 (West Supp. 2013).

The State's motions are granted, and the appeals are dismissed.

PER CURIAM

January 16, 2014

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.